1 | JAMES McMANIS (40958)
  | MARWA ELZANKALY (206658)
2 | McMANIS FAULKNER & MORGAN
  | A Professional Corporation
3 | 50 West San Fernando Street, 10th Floor
  | San Jose, California 95113
4 | Telephone:   408-279-8700
  | Facsimile:    408-279-3244
5 | Email:          melzankaly@mfmlaw.com

6

  | GEORGE S. ISAACSON  (Maine State Bar No.:  001878)
7 | DAVID W. BERTONI  (Maine State Bar No.:  006993)
  | BRANN & ISAACSON
8 | 184 Main Street
  | P.O. Box 3070
9 | Lewiston, ME  04243-3070
  | Telephone:    207-786-3566
10 | Facsimile:     207-783-9325
  | Email:           dbertoni@brannlaw.com

11

12 | Attorneys for Plaintiff,
  | Barnesandnoble.com LLC

13

14 | UNITED STATES DISTRICT COURT

15 | EASTERN DISTRICT OF CALIFORNIA

16

17 | BARNESANDNOBLE.COM LLC, )
  | a limited liability company organized )
  | under the laws of the State of Delaware )
18 | with a principal place of business in the )
  | State of New York, ) CASE NO. 2:07-CV-02776-WBS-KJM
19 | )
  | Plaintiff, )
20 | ) **STIPULATION AND [PROPOSED]**
  | vs. ) **ORDER SETTING EXTENDED**
21 | ) **HEARING AND BRIEFING**
  | ) **SCHEDULE ON DEFENDANTS'**
22 | BETTY T. YEE, et al., ) **MOTION TO DISMISS PLAINTIFFS'**
  | ) **COMPLAINT**
23 | Defendants. )
  | _____ )
24

25

26

27

28

1

Stipulation And [Proposed] Order Setting Extended Hearing and Briefing Schedule On Defendants' Motion To Dismiss Plaintiffs' Complaint

# STIPULATION

WHEREAS, Plaintiff, Barnesandnoble.com LLC., filed its Complaint For Injunctive Relief And Declaratory Judgment, in the above entitled action, on December 21, 2007.

WHEREAS, Defendants' deadline to respond to Plaintiff's Complaint is March 25, 2008.

WHEREAS, Defendants will be filing a motion to dismiss Plaintiff's Complaint under Rule 12(b)(1) and (6) of the Federal Rules of Civil Procedure.

WHEREAS, once Defendants' motion is filed, Plaintiff will seek to conduct discovery of issues posed by Defendants' motion.

WHEREAS, the parties seek to set an extended briefing and hearing schedule of Defendants' anticipated motion to dismiss to allow Plaintiffs the opportunity to propound said discovery.

WHEREAS, by agreeing to a special briefing and hearing schedule, Defendants acknowledge Plaintiff will seek to take discovery relevant to the issues raised in Defendants' motion, but are not waiving their right to make any and all appropriate objections to Plaintiffs' discovery as would be available in response to all discovery propounded in federal cases.

NOW THEREFORE, IT IS HEREBY STIPULATED, by and between the parties to this action, through their respective counsel of record, as follows:

Defendants' motion to dismiss, under Rule 12 of the Federal Rules of Civil Procedure, and to be filed by March 25, 2008, shall be set for hearing on July 7, 2008, at 2:00 p.m., in Courtroom 5, 14th Floor.

Plaintiffs' opposition to Defendants' motion to dismiss shall be filed by May 23, 2008.

Defendants' reply in support of their motion to dismiss shall be filed by June 23, 2008.

\\\
\\\
\\\
\\\

Dated: March ___, 2008            BRANN & ISAACSON

                                                           /s/
                                         DAVID W. BERTONI

Attorneys for Plaintiff,
Barnesandnoble.com llc

Dated: March ___, 2008            EDMUND G. BROWN JR., Attorney
General of the State of California
WILLIAM L. CARTER
Supervising Deputy Attorney General


STEVEN J GREEN
Deputy Attorney General

Attorneys for Defendants,
Betty T. Yee, Bill Leonard, Michelle Steel, Judy Chu, John Chiang, Wayne Hopkins, and Joseph D. Young

## ORDER

**IT IS SO ORDERED**

DATED: March 14, 2008

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

3

Stipulation And [Proposed] Order Setting Extended Hearing and Briefing Schedule On Defendants' Motion To Dismiss Plaintiffs' Complaint