UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

BARNESANDNOBLE.COM LLC, a
limited liability company
organized under the laws of
the State of Delaware with
a principal place of business
in the State of New York,

    Plaintiff,

    v.                                NO. CIV. S-07-02776 WBS KJM

BETTY T. YEE, et al.,

    Defendants.

----oo0oo----

STATUS (PRETRIAL SCHEDULING) ORDER

        After reviewing the parties' Joint Status Report, the court hereby vacates the Status (Pretrial Scheduling) Conference scheduled for April 7, 2008, and makes the following findings and orders without needing to consult with the parties any further.

        I.   SERVICE OF PROCESS

        All named defendants have been served and no further service is permitted without leave of court, good cause having been shown under Fed. R. Civ. P. 16(b).

1

1        II.   JOINDER OF PARTIES/AMENDMENTS

2            No further joinder of parties or amendments to

3    pleadings is permitted except with leave of court, good cause

4    having been shown under Fed. R. Civ. P. 16(b).  See Johnson v.

5    Mammoth Recreations, Inc., 975 F.2d 604 (9th Cir. 1992).

6        III.  JURISDICTION/VENUE

7            Jurisdiction is predicated upon 28 U.S.C. § 1343(a)(4)

8    (civil rights and elective franchise), 28 U.S.C. § 1331 (federal

9    question), and 42 U.S.C. § 1983 (civil action for deprivation of

10   rights).  Venue is undisputed and is hereby found to be proper.

11       IV.   DISCOVERY

12           All discovery, apart from discovery related to the

13   Motion to Dismiss already filed with this court and scheduled to

14   be heard on July 7, 2008, is stayed pending the outcome of the

15   hearing.

16           Should the court deny defendants' motion to dismiss,

17   the parties have stipulated that each party will serve the

18   initial disclosures required by Fed. R. Civ. P. 26 (a)(1) by no

19   later than August 8, 2008.

20           Plaintiff and defendants shall disclose experts and

21   produce reports in accordance with Fed. R. Civ. P. 26(a)(2) by

22   no later than December 1, 2008.

23           All discovery, including depositions for preservation

24   of testimony, is left open, save and except that it shall be so

25   conducted as to be completed by February 9, 2009.  The word

26   "completed" means that all discovery shall have been conducted

27   so that all depositions have been taken and any disputes

28   relevant to discovery shall have been resolved by appropriate

1  order if necessary and, where discovery has been ordered, the

2  order has been obeyed.  All motions to compel discovery must be

3  noticed on the magistrate judge's calendar in accordance with

4  the local rules of this court and so that such motions may be

5  heard (and any resulting orders obeyed) not later than February

6  9, 2009.

7          V.  <u>MOTION HEARING SCHEDULE</u>

8          All motions, except motions for continuances,

9  temporary restraining orders or other emergency applications,

10 shall be filed on or before March 30, 2009.  All motions shall

11 be noticed for the next available hearing date.  Counsel are

12 cautioned to refer to the local rules regarding the requirements

13 for noticing and opposing such motions on the court's regularly

14 scheduled law and motion calendar.

15         VI.  <u>FINAL PRETRIAL CONFERENCE</u>

16         The Final Pretrial Conference is set for June 1, 2009

17 at 2:00 p.m. in Courtroom No. 5.  The conference shall be

18 attended by at least one of the attorneys who will conduct the

19 trial for each of the parties and by any unrepresented parties.

20         Counsel for all parties are to be fully prepared for

21 trial at the time of the Pretrial Conference, with no matters

22 remaining to be accomplished except production of witnesses for

23 oral testimony.  Counsel shall file separate pretrial

24 statements, and are referred to Local Rules 16-281 and 16-282

25 relating to the contents of and time for filing those

26 statements.  In addition to those subjects listed in Local Rule

27 16-281(b), the parties are to provide the court with: (1) a

28 plain, concise statement which identifies every non-discovery

3

1  motion which has been made to the court, and its resolution; (2)

2  a list of the remaining claims as against each defendant; and

3  (3) the estimated number of trial days.

4          In providing the plain, concise statements of

5  undisputed facts and disputed factual issues contemplated by

6  Local Rule 16-281(b)(3)-(4), the parties shall emphasize the

7  claims that remain at issue, and any remaining affirmatively

8  pled defenses thereto.  If the case is to be tried to a jury,

9  the parties shall also prepare a succinct statement of the case,

10 which is appropriate for the court to read to the jury.

11         VII.   TRIAL SETTING

12         The court trial is set for August 11, 2009, at 9:00

13 a.m. in Courtroom No. 5.

14         VIII.  SETTLEMENT CONFERENCE

15         A Settlement Conference will be set at the time of the

16 Pretrial Conference.

17         All parties should be prepared to advise the court

18 whether they will stipulate to the trial judge acting as

19 settlement judge and waive disqualification by virtue thereof.

20         Counsel are instructed to have a principal with full

21 settlement authority present at the Settlement Conference or to

22 be fully authorized to settle the matter on any terms.  At least

23 seven calendar days before the Settlement Conference counsel for

24 each party shall submit a confidential Settlement Conference

25 Statement for review by the settlement judge.  If the settlement

26 judge is not the trial judge, the Settlement Conference

27 Statements shall not be filed and will not otherwise be

28 disclosed to the trial judge.

4

IX.   MODIFICATIONS TO SCHEDULING ORDER

Any requests to modify the dates or terms of this Scheduling Order, except requests to change the dates of the final Pretrial Conference or trial, may be heard and decided by the assigned Magistrate Judge.  All requests to change the dates of the Pretrial Conference and/or trial shall be heard and decided only by the undersigned judge.

DATED:  April 3, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

5