3

EDMUND G. BROWN JR.
Attorney General of the State of California
WILLIAM L. CARTER
Supervising Deputy Attorney General
STEVEN J. GREEN
Deputy Attorney General
California State Bar No. 73705
   1300 I Street, Suite 125
   P.O. Box 944255
   Sacramento, CA 94244-2550
   Telephone: (916) 324-5157
   Fax: (916) 327-2247
   Email: Steven.Green@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **Barnesandnoble.com llc,**<br><br>                        Plaintiff,<br><br>   v.<br><br>**Betty T. Yee, et al.,**<br><br>                        Defendant. | Case No. 2:07CV2776 WBS KJM<br><br>**STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING BRIEFING SCHEDULE AND HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

## STIPULATION

WHEREAS, plaintiff, Barnesandnoble.com, LLC., filed its complaint for injunctive and declaratory relief, in the above-entitled action, on December 21, 2007.

WHEREAS, on March 14, 2008, the Court entered its order setting an extended hearing and briefing schedule on defendants' motion to dismiss.

WHEREAS, on March 24, 2008, defendants filed their notice of motion and their motion to dismiss, under rule 12 of the Federal Rules of Civil Procedure.

WHEREAS, on April 29, 2008, plaintiff filed its opposition to defendants' motion to dismiss and its appendix of legal authorities in support thereof.

WHEREAS, on May 6 and 7, 2008, the parties participated in mediation before Hon. Eugene F. Lynch (ret.), under the auspices of JAMS in San Francisco.

WHEREAS, the mediation resulted in an agreement, subject to the approval by the Board of the California State Board of Equalization ("SBE"), to resolve the above-entitled case as well as other judicial and administrative matters involving plaintiff and SBE.

WHEREAS, May 28, 2008, is the earliest SBE's Board can consider the proposed settlement in a closed litigation session.

NOW THEREFORE, IT IS HEREBY STIPULATED, by and between the parties to this action, through their respective counsel of record, as follows:

The hearing on defendants' motion to dismiss, under rule 12 of the Federal Rules of Civil Procedure, presently scheduled for hearing at 2:00 p.m., on July 7, 2008, shall be continued to 2:00 p.m., on August 4, 2008, in Courtroom 5, 14th floor.

Defendants' reply in support of their motion to dismiss shall be filed by July 21, 2008.

Dated:  May ___, 2008                 BRANN & ISAACSON

                                      /s/

                                      DAVID W. BERTONI

                                      Attorneys for Plaintiff
                                      Barnesandnoble.com, LLC

Dated:  May ___, 2008                 EDMUND G. BROWN, JR., Attorney General
                                      of the State of California
                                      WILLIAM L. CARTER
                                      Supervising Deputy Attorney General

                                      /s/

                                      STEVEN J. GREEN
                                      Deputy Attorney General

                                      Attorneys for Defendants
                                      Betty T. Yee, et al.

//

**ORDER**

**IT IS SO ORDERED**

Dated:     May 21, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation & [Proposed] Order Further Extending Briefing Schedule & Hearing on Defendants' Motion to Dismiss

3