EDMUND G. BROWN JR.
Attorney General of the State of California
WILLIAM L. CARTER
Supervising Deputy Attorney General
STEVEN J. GREEN
Deputy Attorney General
California State Bar No. 73705
   1300 I Street, Suite 125
   P.O. Box 944255
   Sacramento, CA 94244-2550
   Telephone: (916) 324-5157
   Fax: (916) 327-2247
   Email: Steven.Green@doj.ca.gov

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| **barnesandnoble.com llc,**<br><br>Plaintiff,<br><br>v.<br><br>**Betty T. Yee, et al.,**<br><br>Defendants. | Case No. 2:07CV2776 WBS KJM<br><br>**SECOND STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING BRIEFING SCHEDULE AND HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

## STIPULATION

WHEREAS, plaintiff, Barnesandnoble.com, LLC., filed its complaint for injunctive and declaratory relief, in the above-entitled action, on December 21, 2007.

WHEREAS, on March 14, 2008, the Court entered its order setting an extended hearing and briefing schedule on defendants' motion to dismiss.

WHEREAS, on March 24, 2008, defendants filed their notice of motion and their motion to dismiss, under rule 12 of the Federal Rules of Civil Procedure.

WHEREAS, on April 29, 2008, plaintiff filed its opposition to defendants' motion to dismiss and its appendix of legal authorities in support thereof.

1  WHEREAS, on May 6 and 7, 2008, the parties participated in mediation before Hon. Eugene F. Lynch (ret.), under the auspices of JAMS in San Francisco.

3  WHEREAS, the mediation resulted in an agreement in principal which, on May 29, 2008, the parameters of which were approved by the Board of the California State Board of Equalization ("SBE"), to resolve the above-entitled case as well as other judicial and administrative matters involving plaintiff and SBE.

7  WHEREAS, on May 22, 2008, the Court approved the stipulation of the parties continuing the hearing on defendants' motion to dismiss to 2:00 p.m., August 4, 2008; and continuing until July 21, 2008, the filing of defendants' reply in support of their motion to dismiss.

11  WHEREAS, the parties have been diligently and cooperatively working toward memorializing the agreement in principal into a comprehensive settlement agreement, but anticipate additional time will be required to do so.

14  NOW THEREFORE, IT IS HEREBY STIPULATED, by and between the parties to this action, through their respective counsel of record, as follows:

16  The hearing on defendants' motion to dismiss, under rule 12 of the Federal Rules of Civil Procedure, presently scheduled for hearing at 2:00 p.m., on August 4, 2008, shall be continued to 2:00 p.m., on September 15, 2008, in Courtroom 5, 14th floor.

19  Defendants' reply in support of their motion to dismiss shall be filed by September 2, 2008.

Dated:        July 9, 2008              BRANN & ISAACSON

                                         /s/
                                        GEORGE S. ISAACSON

                                        Attorneys for Plaintiff
                                        Barnesandnoble.com, LLC

Stipulation & [Proposed] Order Further Extending Briefing Schedule & Hearing on Defendants' Motion to Dismiss

2

| | |
|---|---|
| Dated: July 10, 2008 | EDMUND G. BROWN, JR.<br>Attorney General of the State of California<br>WILLIAM L. CARTER<br>Supervising Deputy Attorney General |
| | /s/<br>STEVEN J. GREEN<br>Deputy Attorney General |
| | Attorneys for Defendants<br>Betty T. Yee, et al. |

**ORDER**

**IT IS SO ORDERED**

Dated: July 11, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE